UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN SNELL,<br><br>        Petitioner,<br><br>    v.<br><br>C. KOENING, Warden,<br><br>        Respondent. | No. CV 19-0868-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed without prejudice.

DATED: April 2, 2019

                                        DOLLY M. GEE
                                      United States District Judge